UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Vincent Schonarth, et al</u>

v.    Civil No. 06-cv-151-JM

<u>Director, Carroll County DOC</u>

O R D E R

I hereby recuse myself from this case.

SO ORDERED.

August 28, 2008  /s/James R. Muirhead
 James R. Muirhead
 United States Magistrate Judge

cc: Michael J. Sheehan, Esq.
 Charles Bauer, Esq.
 Lisa Lee, Esq.